PROB 12C
(7/93)

# United States District Court

for

### District of New Jersey

## SUPERCEDING

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ilsandro Plaza-Rivera          **Docket Number:** 06-00589-002
                                                      **PACTS Number:** 46407

**Name of Sentencing Judicial Officer:**   THE HONORABLE ROBERT B. KUGLER
                                            UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/25/2007

**Original Offense:** Conspiracy to Distribute and Possess with intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846 [ 21 U.S.C. § § 841(a)(1) and (b)(1)(A)].

**Original Sentence:** 33 months imprisonment, 36 months supervised release

**Special Conditions:** Special Assessment, Substance Abuse Testing, Fine, Drug Treatment, DNA testing, Financial Disclosure, No New Debt/Credit

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 1/9/09

**Assistant U.S. Attorney:** Jason Richardson, 401 Market St., 4th Floor, Camden, New Jersey 08101, (856) 757-5026

**Defense Attorney:** Lisa Lewis, Federal Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

---

### PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
|    | On February 3, 2011, the offender was arrested by the Wilmington Delaware Police, Wilmington, Delaware and charged with Conspiracy to Engage in Felony Crime, 2nd Degree Offense; Maintaining a Vehicle for Keeping Controlled Substances; Possession with Intent to Deliver a Narcotic Schedule II Controlled Substance, and Trafficking in Cocaine-Over 100 Grams. |
|    | On September 20, 2011, the offender was sentenced in Superior Court of the State of Delaware in and for New Castle County for Possession with Intent to Distribute Narcotic Schedule II Controlled Substance. He was committed to the custody of |

the Department of Corrections for a term of 15 years, at supervision level 5, suspended after 5 years at supervision level 5, and for 18 months reduced to supervision level 3. In addition, the Court ordered that the first three years of the imposed sentence is a mandatory term of incarceration pursuant to DE164751000AFC. Additionally, the offender was ordered to pay any monetary assessments ordered during the period of probation which the probation officer will establish; loss of driving licenses/privileges pursuant to statute; zero tolerance for drug related activity; offender shall be evaluated for substance abuse and follow recommendation for treatment, counseling and screening. Forfeiture of $5,116.00 seized. The offender may not possess a motor vehicle ignition key nor may the offender sit in the operator's position of a motor vehicle, unless he is licensed and insured. The offender may not possess a cellular telephone, blackberry, pager, or any other electronic device commonly used to facilitate drug dealing nor shall he be present as operator or passenger of any motor vehicle with after-market window tinting.

It should be noted that the above imposed sentence was effective as of February 3, 2011.

2. The offender has violated the standard supervision condition which states **'You shall report to the probation officer as directed.'**

   The offender failed to report to the probation office on April 16, 2009, for a scheduled appointment. His current whereabouts are unknown.

   **This charge was contained in the original violation petition dated April 29, 2009.**

3. The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

   On April 23, 2009, during a visit at the address of record, the offender's girlfriend, Melitza Rivera, advised the probation officer that her last contact with the offender was on April 15, 2009. Ms. Rivera further related that she had no knowledge of his whereabouts, and that the offender was no longer welcome to live at her residence.

   **This charge was contained in the original violation petition dated April 29, 2009.**

4. The offender has violated the standard supervision condition which states **'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'**

   The offender has been unemployed throughout his supervision term and his efforts to obtain employment have been poor.

   **This charge was contained in the amended violation petition dated May 7, 2009.**

Prob 12C – page 3
Ilsandro Plaza-Rivera

5      The offender has violated the supervision condition which states, '**You shall pay a fine of $1,00.00, payable at the rate of no less than $50.00 per month, to commence 30 days after release from confinement.**'

The offender has not made any payments toward his fine since his release from custody. The offender owes has a $975.00 balance on his fine. The offender paid $25.00 while in the custody of the Bureau of Prisons.

**This charge was contained in the amended petition dated May 7, 2009.**

I declare under penalty of perjury that the foregoing is true and correct.

By: *Valencia B. Sherrer*
Valencia K. Sherrer
Supervising U.S. Probation Officer

Date: 03/25/2015

---

THE COURT ORDERS:

☑ **This petition shall replace the petition dated May 15, 2009. A bench warrant has already been issued on April 29, 2009.**
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

_____
Signature of Judicial Officer

3-25-2015
_____
Date